## Meinhard & Company, Appellant, v. Miniature Modes, Inc., Appellee.

Gen. No. 47,385.

First District, Third Division.
June 4, 1958.
Released for publication July 18, 1958.

Collen, Kessler & Kadison (Mark A. Greenhouse, of counsel) for appellant; Blum, Jacobson & Shkoler (Robert B. Simon, and Irving M. Mover, of counsel) for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.